JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG SANDOVAL, | CASE NO. SACV 07-01099 R (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES D. HARTLEY, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 2, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE